## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  
Court Reporter: Paul Zuckerman

Date: January 23, 2007

Criminal Action No. 04-cr-00463-MSK

*Parties*:

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LaDONNA MULLINS,

        Defendant.

*Counsel Appearing*:

Patricia Davies  
Linda McMahan

---

## COURTROOM MINUTES

HEARING: Motions hearing

**3:32 p.m.     Court in session**.

Defendant present on bond.

Argument by defense counsel and the Government on defendant Mullins' Motion for Reconsideration.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:** Defendant Mullins Motion for Reconsideration **(Doc. #1506)** and Supplemental Motion for Reconsideration **(Doc. #1507)** is **GRANTED,** but the Motion to Withdraw is **DENIED.**

Counsel for the Government are excused from the remainder of the hearing.

Statement from defendant Mullins regarding her Motion to Appoint Counsel.

Witness Defendant LaDonna Mullins sworn.

Inquiry by the Court regarding defendant's financial information.

**ORDER:** Defendant Mullins Motion to Appoint Counsel **(Doc. #1584)** is **GRANTED.** Mr. Lozow's representation of defendant Mullins has been terminated by Ms. Mullins and CJA counsel will be appointed.

**ORDER:** Bond is continued.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**4:10 p.m.      Court in recess.**

**Total Time:    38 Minutes**
**Hearing concluded.**