UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. LINDA CARNAGIE,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. LINDA EDWARDS,
17. **LADONNA MULLINS,**
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,
       Defendants.

## ORDER SETTING DATE FOR RESPONSE TO MOTION

THIS MATTER comes before the Court on the Unopposed Motion for Order to Terminate Pretrial Supervision and for Personal Recognizance Bond (Motion) filed September 11, 2008, **(#2149)** by Defendant Ladonna Mullins. The Motion contains no agreement between the parties, therefore, in order to provide adequate opportunity for response and for prompt determination,

**IT IS HEREBY ORDERED** that any response or objection to the Motion shall be filed with the Court no later than **September 22, 2008.** Objections and requests for hearing shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any. In the absence of a timely objection, the Court may grant the above-described Motion.

DATED this 11th day of September, 2008.

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge